UNITED STATES DISTRICT COURT

FILED 27 JAN '16 10:53 USDC-ORE

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DANIEL ALAN SPRATT,<br><br>　　　　　　　　　　Defendant. | Case No. 6:16-CR-44-AA<br><br>**INFORMATION**<br><br>**Count 1: Theft of Government Property**<br>18 U.S.C. § 641 |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Theft of Government Property)**

On or about August 28, 2014, in the District of Oregon, defendant **DANIEL ALAN SPRATT** did unlawfully and knowingly steal and convert to his own use a thing of value of the United States Postal Service, an agency of the United States, that is, a United States Postal Service mail truck, valued at more than $1000;

In violation of Title 18, United States Code, Section 641.

Dated this 27th day of January 2016.

　　　　　　　　　　　　　　　　　　　　BILLY J. WILLIAMS
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey Sweet*
　　　　　　　　　　　　　　　　　　　　JEFFREY S. SWEET
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney